DAVID L. KELLER, Appellant, v. NATIONAL SURETY COMPANY, Respondent.— Order granting defendant's motion for a bill of particulars modified by striking therefrom the provision requiring plaintiff to give the dates on which the services were rendered, and the *time* given to said services on said dates. (*Gormly* v. *Smith*, 165 App. Div. 169.) As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

JOHN KROSSNER and Another, Respondents, v. LANCELOT M. BERKELEY, Appellant. BOND AND MORTGAGE GUARANTEE COMPANY, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.

BENJAMIN B. LEVIN, Appellant, v. MICHAEL HOLZMAN, Respondent.— Order vacating notice of examination of defendant before trial reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The examination sought was upon subjects which plaintiff was obliged to prove in the action, and consequently should be allowed. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

FRED LIESE, Doing Business as FRED LIESE CONSTRUCTION COMPANY, Respondent, v. VERA LEVEY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

WILLIAM S. MENDEN, as Receiver of THE BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

ROSWELL MILLER, Respondent, v. JOHN S. GRESSER, Appellant.— Order denying defendant's motion for a change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.

NEW YORK RAPID TRANSIT CORPORATION, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

MILTON NOVA, Respondent, v. KAESS MANUFACTURING CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS CHRISTIANO, Appellant, and Others, Defendants.— Judgment of conviction of the County Court of Westchester county unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Appellant, v. JOHN R. YALE and Others, etc., Respondents.— Order modified by eliminating increase of assessment of Hemlock diverting dam or weir and reinstating the original assessment of $250,000, and by eliminating increase of assessment of connecting paving channel and reinstating the original assessment of $100,000. As so modified, the order is affirmed, with costs to appellant. Lazansky, P. J., Rich, Kapper, Seeger and Carswell, JJ., concur.